Andrew R. McCloskey, State Bar No.179511
E-Mail: amccloskey@mwwdlaw.com
Michael Drury, State Bar No. 177993
E-Mail: mdrury@mwwdlaw.com
McCLOSKEY, WARING, WAISMAN & DRURY LLP
12671 High Bluff Drive, Suite 350
San Diego, California 92130
Telephone No.: 619.237.3095
Fax No.: 619.237.3789

Attorneys for Plaintiff
COMMERCE & INDUSTRY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCE & INDUSTRY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE UNDERWRITERS INC. and DOES 1 through 20,<br><br>Defendants. | Case No. 2:19-cv-10695 PA (SSx)<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

Plaintiff, Commerce & Industry Insurance Company ("Commerce & Industry"), provides the following response to the Court's Order to Show Cause Re: Dismissal for Lack of Prosecution:

1. On January 17, 2020, our office received a phone call from attorney John H. Podesta, who indicated that he was intending to represent defendant Liberty Insurance Underwriters Inc. ("Liberty") in this Lawsuit. He indicated that his representation was provisional, pending the resolution of a potential conflict of interest.

2. Based on Mr. Podesta's representation, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint which provided defendant Liberty an extension of time until February 6, 2020 to respond to the Complaint, subject to the Court's approval of the Stipulation.

1

3.     Commerce & Industry intends to continue to prosecute this Lawsuit and requests that the Court approve the Stipulation filed by the parties.

Dated: January 24, 2020          **McCLOSKEY, WARING, WAISMAN & DRURY LLP**

By: */s/Michael Drury*
       Andrew R. McCloskey
       Michael Drury
       Attorneys for Plaintiff
       COMMERCE & INDUSTRY
       INSURANCE COMPANY

# PROOF OF SERVICE

<u>Commerce & Industry Insurance Company v. Liberty Insurance Underwriters Inc.</u>

Case No. 2:19-cv-10695 PA (SSx)

I, Michael Drury, declare as follows:

I am employed with the law firm of McCloskey, Waring, Waisman & Drury LLP, whose address is 12671 High Bluff Drive, Suite 350, San Diego, CA 92130.

On January 24, 2020, I served the following document:

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

on the following party in this action:

John H. Podesta, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
525 Market Street, 17th Floor
San Francisco, CA 94105

Telephone: (415) 433-0990
Facsimile: (415) 434-1370
E-Mail: john.podesta@wilsonelser.com

Attorneys for Defendant
Liberty Insurance Underwriters Inc.

**VIA PACER ELECTRONIC SERVICE:** I attached a true and correct copy of the above-entitled document to PACER by electronic transfer for service on all counsel of record by electronic service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California on January 24, 2020.

                                          /s/Michael Drury
                                          Michael Drury