Andrew R. McCloskey, SBN 179511
E-Mail: amccloskey@mwwdlaw.com
Michael Drury, SBN 177993
E-Mail: mdrury@mwwdlaw.com
McCloskey, Waring, Waisman & Drury LLP
12671 High Bluff Drive, Suite 350, San Diego, CA 92130

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Commerce & Industry Insurance Company,<br><br>Plaintiff(s),<br><br>v.<br><br>Liberty Insurance Underwriters Inc. and Does 1 through 20,<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-10695 PA (SSx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| January 29, 2020<br>*Date* | /s/Andrew R. McCloskey<br>*Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*